UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2013-1551

---

LOCHNER TECHNOLOGIES, LLC,
*Plaintiff-Appellant,*

v.

APPLE INC.,
*Defendant,*

and

VIZIO, INC.,
*Defendant-Appellee,*

and

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.(formerly known as Toshiba America, Inc.),
*Defendant-Appellee.*

---

Appeal from the United States District Court for the Central District of California in Case No. 12-CV-1659, Judge Mariana R. Pfaelzer

---

**DEFENDANTS-APPELLEES VIZIO, INC. AND TOSHIBA AMERICA INFORMATION SYSTEMS, INC.'S UNOPPOSED MOTION TO EXTEND TIME TO FILE THEIR PRINCIPAL BRIEFS**

---

847626

Adrian M. Pruetz
apruetz@glaserweil.com
Charles C. Koole
ckoole@glaserweil.com
GLASER WEIL FINK JACOBS
  HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Blvd.
19th Floor
Los Angeles, CA 90067
Tel.: (310) 553-3000

Steven R. Hansen
steven.hansen@ltlw.com
LEE TRAN LIANG & WANG LLP
601 S. Figueroa Street, Suite 3900
Los Angeles, CA 90017
Tel.: (213) 612-8900
Fax: (213) 612-3773

*Counsel for Defendant-Appellee
VIZIO, Inc.*

J. Michael Jakes
mike.jakes@finnegan.com
Doris Hines
dori.hines@finnegan.com
Jason E. Stach
jason.stach@finnegan.com
FINNEGAN HENDERSON FARABOW
  GARRETT AND DUNNER LLP
901 New York Avenue NW
Washington, DC 20001-4413
Telephone: 202-408-4000
Fax: 202-408-4400

*Counsel for Defendant-Appellee
Toshiba America Information
Systems, Inc.*

847626

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Defendants-Appellees VIZIO, Inc. ("VIZIO") and Toshiba America Information Systems, Inc. ("Toshiba") (collectively, "Defendants") respectfully move for a thirty-five (35) day extension of time, to and including February 25, 2014, to file their principal brief(s).

Plaintiff-Appellant Lochner Technologies, LLC ("Lochner") has stated that it will not oppose such an extension of time. No previous extension of time has been sought regarding Defendants' principal briefs nor has any previous extension of time regarding Defendants' principal briefs been granted.

Lochner filed its principal brief on December 6, 2013 and Defendants' principal briefs are currently due on January 21, 2014. Defendants respectfully move for a thirty-five (35) day extension of time for their principal briefs, so that their principal briefs will be due on February 25, 2014.

Good cause exists for the requested extension. An extension for Defendants' principal briefs is appropriate due to the intervening holiday season and VIZIO and Toshiba counsel having a number of other obligations during the time to prepare their respective principal briefs, including VIZIO counsel having a Federal Circuit brief currently due on the same date, January 21, 2014, for Defendants' briefs currently set in this appeal.

For the forgoing reasons, Defendants respectfully request that this motion be

3

847626

granted and that Defendants be allowed until and including February 25, 2014 in which to file their principal briefs.

Counsel for Defendant-Appellee VIZIO, Inc. obtained the consent of counsel for Defendant-Appellee Toshiba America Information Systems, Inc. to file this motion on their behalf.

| | |
|---|---|
| DATED:  December 31, 2013 | GLASER WEIL FINK JACOBS HOWARD AVCHEN & SHAPIRO LLP |
| | By: /s/ Charles C. Koole<br>Charles C. Koole |
| | *Counsel for Defendant-Appellee VIZIO, Inc.* |
| DATED:  December 31, 2013 | FINNEGAN, HENDERSON, FARABOW, GARRET & DUNNER LLP |
| | By: /s/ Jason E. Stach<br>Jason E. Stach |
| | *Counsel for Defendant-Appellee Toshiba America Information Systems, Inc.* |

847626

## **DECLARATION OF CHARLES C. KOOLE**

I, Charles C. Koole, declare:

1.     I am an associate attorney in the law firm of Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP ("Glaser Weil"), and an attorney of record for Defendant-Appellee VIZIO, Inc. ("VIZIO") in the following action in the Federal Circuit: *Lochner Technologies, LLC v. Apple Inc., et al.,* Case No. 2013-1551 (Fed. Cir.).  I make this declaration on personal knowledge, and if called as a witness, I could and would testify competently thereto.

2.     VIZIO is seeking its requested extension for good cause because VIZIO counsel, including myself, were out of office on vacation during the holiday season in December.  VIZIO counsel also have numerous other obligations in the months of December and January, including a Federal Circuit brief in the case *JVC Kenwood Corporation v. Nero Inc.,* Case No. 2014-1011 (Fed. Cir.), which is also currently due on January 21, 2014.

3.     On December 11, 2013, I emailed counsel for Plaintiff-Appellant Lochner Technologies, LLC ("Lochner") regarding VIZIO's requested extension. Counsel for Lochner indicated to me on the same day it will not oppose this motion.

DATED:  December 31, 2013              GLASER WEIL FINK JACOBS
                                         HOWARD AVCHEN & SHAPIRO LLP

                                       By:  /s/ Charles C. Koole
                                            Charles C. Koole

                                            *Counsel for Defendant-Appellee*
                                            *VIZIO, Inc.*

847626

## **DECLARATION OF JASON E. STACH**

I, Jason E. Stach, declare:

1.     I am an attorney in the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner LLP, and an attorney of record for Defendant-Appellee Toshiba America Information Systems, Inc. ("Toshiba") in the following action before the Federal Circuit: *Lochner Technologies, LLC v. Apple Inc., et al.,* Case No. 2013-1551.  I make this declaration on personal knowledge, and if called as a witness, I could and would testify competently to the facts contained in it.

2.     The motion for a 35-day extension of time is made in good faith and not for the purpose of delay or other procedural advantage.

3.     The extension of time is needed to allow adequate time for counsel to prepare Toshiba's principal brief and to provide sufficient time for review and comment.  This additional time is also needed in part because of other pending appeals in this Court and other matters for which I am responsible.

4.     On December 18, 2013, I emailed counsel for Plaintiff-Appellant Lochner Technologies, LLC ("Lochner") regarding Toshiba's requested extension.  Counsel for Lochner indicated on December 19, 2013 it will not oppose this motion.

5.     In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

7

847626

DATED:  December 24, 2013          FINNEGAN, HENDERSON, FARABOW,
    GARRET & DUNNER LLP


By: /s/ Jason E. Stach
    Jason E. Stach

*Counsel for Defendant-Appellee*
*Toshiba America Information Systems, Inc.*

847626

## **CERTIFICATE OF INTEREST OF DEFENDANT-APPELLEE VIZIO, INC.**

Pursuant to Federal Circuit Rule 47.4, counsel for VIZIO, Inc. ("VIZIO") certifies that:

1. The full name of every party or amicus represented by me is:

    VIZIO, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

    N/A.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    AmTRAN Technology Co., Ltd., a publicly traded Taiwanese company, owns 10 percent or more of VIZIO's stock.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

    Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP

    Pruetz Law Group LLP

    Lee Tran & Liang APLC

    Lee Tran Liang & Wang LLP

    Adrian M. Pruetz

    Charles C. Koole

    Avraham Schwartz

    Enoch H. Liang

    Steven R. Hansen

DATED: December 31, 2013       GLASER WEIL FINK JACOBS
                                      HOWARD AVCHEN & SHAPIRO LLP

                                    By: /s/ Charles C. Koole
                                        Charles C. Koole

                                      *Counsel for Defendant-Appellee*
                                      *VIZIO, Inc.*

847626

# CERTIFICATE OF INTEREST OF DEFENDANT-APPELLEE TOSHIBA AMERICA INFORMATION SYSTEMS, INC.

Pursuant to Federal Circuit Rule 47.4, counsel for Toshiba America Information Systems, Inc. ("Toshiba") certifies that:

1.   The full name of every party or amicus represented by me is:

Toshiba America Information Systems, Inc.

2.   The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

N/A.

3.   All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Toshiba America Information Systems, Inc. is a wholly owned subsidiary of Toshiba America, Inc., which is a wholly owned subsidiary of Toshiba Corporation.  Toshiba Corporation is a publicly traded company in Japan.

4.   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Finnegan, Henderson, Farabow, Garrett & Dunner LLP

J. Michael Jakes

Doris Johnson Hines

Jason E. Stach

| | |
|---|---|
| DATED: December 31, 2013 | FINNEGAN, HENDERSON, FARABOW, GARRET & DUNNER LLP |
| | By: /s/ Jason E. Stach |
| | Jason E. Stach |
| | *Counsel for Defendant-Appellee*<br>*Toshiba America Information Systems, Inc.* |

847626

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 31, 2013, the foregoing was electronically filed using the Court's CM/ECF system. I further certify that on the same date a copy of the foregoing was served electronically via the Court's CM/ECF system on the counsel listed below:

>Marc A. Fenster
>Email: mafenster@raklaw.com
>Fredricka Ung
>Email: fung@raklaw.com
>Russ, August & Kabat
>12424 Wilshire Blvd., 12th Floor
>Los Angeles, CA 90025
>(310) 826-7474
>(310) 826-6991 (fax)
>
>*Counsel for Plaintiff-Appellant*
>*Lochner Technologies, LLC*
>
>J. Michael Jakes
>Email: mike.jakes@finnegan.com
>Doris Hines
>Email: dori.hines@finnegan.com
>Jason E. Stach
>Email: jason.stach@finnegan.com
>Finnegan Henderson Farabow
>Garrett and Dunner LLP
>901 New York Avenue NW
>Washington, DC 20001-4413
>Telephone: 202-408-4000
>Fax: 202-408-4400
>
>*Counsel for Defendant-Appellee*
>*Toshiba America Information Systems, Inc.*

847626

DATED: December 31, 2013      GLASER WEIL FINK JACOBS
        HOWARD AVCHEN & SHAPIRO LLP

By: /s/ Charles C. Koole
    Charles C. Koole

*Counsel for Defendant-Appellee*
 *VIZIO, Inc.*